■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REUBEN JOHNSON, Also Known as RUEBEN JOHNSON, Appellant.

Concur — Murphy, P. J., Carro, Bloom, Milonas and Rosenberger, JJ.